LAW LIBRARY

NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 30021

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

VINH ALKIRE-CLEMEN, Claimant-Appellant,

v.

CASTLE MEDICAL CENTER, Employer-Appellee,
and
CRAWFORD AND COMPANY, Insurance Adjuster-Appellee

APPEAL FROM THE LABOR & INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2008-198 (2-07-11209))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 24
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that:

(1) Claimant-Appellant Vinh Alkire-Clemen (Appellant) filed a notice of appeal on August 18, 2009; (2) Appellant did not pay the filing fee; (3) on October 30, 2009, the appellate clerk informed Appellant: (a) the record on appeal could not be filed without payment of the filing fee pursuant to Rule 11(b)(2) of the Hawai'i Rules of Appellate Procedure (HRAP) or an executed motion to proceed in forma pauperis pursuant to HRAP Rule 24; and (b) the matter would be called to the attention of the court on November 6, 2009 for such action as the court deemed proper, which may include dismissal of the appeal; and (4) Appellant failed to pay the filing fee or submit a motion to proceed in forma pauperis. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 24.

DATED: Honolulu, Hawai'i, FEB 16 2010

Chief Judge

Associate Judge

Associate Judge